THE PEOPLE OF THE STATE OF NEW YORK ex rel. AUGUSTE BOLZA, Respondent, *v.* ROBERT B. ADAM et al., as Grade Crossing Commissioners of the City of Buffalo, Appellants.

*People ex rel. Bolza* v. *Adam*, 79 App. Div. 307, appeal dismissed.
(Argued March 17, 1903; decided March 31, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

December 31, 1902, which reversed a decision of the defendant commissioners denying the relator's request for a hearing and for the appointment of a commission to appraise the amount of damages caused to her premises by the erection of a certain viaduct and tunnel.

*Spencer Clinton* for appellants.

*Frank F. Williams* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.